IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| PAULA KNIGHT, | : |
|     Plaintiffs, | : |
|     vs. | :   Case No. 3:97cv248 |
| HONDA OF AMERICA, MFG., INC., | :   JUDGE WALTER HERBERT RICE |
|     Defendant. | |

---

| | |
|---|---|
| DIANNA S. KING, | : |
|     Plaintiffs, | : |
|     vs. | :   Case No. 3:00cv519 |
| HONDA OF AMERICA, MFG., INC., | :   JUDGE WALTER HERBERT RICE |
|     Defendant. | |

ENTRY DISMISSING CAPTIONED CAUSES, SAME
HAVING BEEN SETTLED; TERMINATION ENTRY

The Court having been advised that the captioned Plaintiffs have settled their matter with the Defendant, Honda of America, Mfg., Inc., pursuant to an April 7, 2006, mediation with Magistrate Judge Sharon Ovington, the captioned causes are ordered dismissed.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 16, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

All Parties of Record